# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135288(19)

WILLIAM SIM SPENCER, #384851,

      Plaintiff-Appellant,

v

      SC: 135288
      CoA: 281223

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

      On order of the Chief Justice, the motion for reconsideration of the order of January 8, 2008 is GRANTED. The order of January 8, 2008 is amended to read as follows:

      "On order of the Chief Justice, plaintiff-appellant having failed to refile his pleadings as directed by the order of November 20, 2007, the Clerk of the Court is directed to close this file."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

Clerk